UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 18-05990-ODW (MAA)**                                    Date:  **September 4, 2018**

Title  **Jesus Mata v. California Medical Facility**

---

Present: The Honorable:  MARIA A. AUDERO, U.S. Magistrate Judge

| Joe Roper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

On July 10, 2018, Plaintiff submitted a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint, ECF No. 1). However, Plaintiff neither paid the required $400 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

On July 19, 2018, the Court issued an Order Re: Application to Proceed *In Forma Pauperis* ("Order, ECF No. 4), which ordered Plaintiff, within thirty (30) days from the date of the Order, to submit the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. (*Id.*)  The Court cautioned Plaintiff that failure to comply with the Order "will result in a recommendation that the Complaint be dismissed."

To date, Plaintiff has submitted neither the $400 filing fee nor an application to proceed *in forma pauperis*. Plaintiff is **ORDERED TO SHOW CAUSE** by **October 4, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

                                                                                         :
                                                          **Initials of Preparer**      jr