UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-05990-ODW (MAA)**           Date:  **October 23, 2018**

Title     **Jesus Mata v. California Medical Facility**

---

Present: The Honorable:     MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondent:
N/A                                         N/A

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On July 10, 2018, Plaintiff submitted a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint," ECF No. 1). However, Plaintiff neither paid the required $400 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

On July 19, 2018, the Court issued an Order Re: Application to Proceed *In Forma Pauperis* ("Order," ECF No. 4), which ordered Plaintiff, within thirty (30) days from the date of the Order, to submit the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. (*Id*.) The Court cautioned Plaintiff that failure to comply with the Order would "result in a recommendation that the Complaint be dismissed."

On September 4, 2018, the Court issued an Order to Show Cause by October 4, 2018 why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. (ECF No. 5.)

To date, Plaintiff has neither submitted the $400 filing fee nor an application to proceed *in forma pauperis*. However, it has come to the Court's attention that Plaintiff has been transferred to the Richard J. Donovan Correctional Facility in San Diego. As such, the Court gives Plaintiff a final opportunity to submit the required $400 filing fee or application to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **November 23, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or

before that date, the Order to Show Cause will be discharged, and no additional action need be taken. Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.

**Initials of Preparer**        cw