JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jesus Mata, | Case No. 2:18-cv-05990-ODW (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| California Medical Facility, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED:

January 4, 2019

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE